No. 90–344. TRANSWESTERN PIPELINE CO. *v.* KANSAS POWER & LIGHT CO. ET AL.; and

No. 90–367. FEDERAL ENERGY REGULATORY COMMISSION *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA ET AL. C. A. D. C. Cir. Motion of Interstate Natural Gas Association of America for leave to file a brief as *amicus curiae* granted. Certiorari denied. Reported below: 283 U. S. App. D. C. 116, 897 F. 2d 570.

No. 90–403. ANDES *v.* KNOX. C. A. 8th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 90–417. KRAMER *v.* HAMMOND. Sup. Ct. S. C. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 90–443. KERN RIVER GAS TRANSMISSION CO. *v.* COASTAL CORP. ET AL. C. A. 5th Cir. Motions of Wide World of Maps, Inc., and Automobile Club of America for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 89–6324. MOORE *v.* ZANT, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER, 497 U. S. 1010;

No. 90–5108. IN RE CEDILLO, *ante*, p. 806; and

No. 90–5389. CHADWICK *v.* ACCO-BABCOCK, INC., *ante*, p. 874. Petitions for rehearing denied. JUSTICE SOUTER took no part in the consideration or decision of these petitions.